IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JULIO CEASAR TORRES-TORRES,**<br><br>Defendant. | No. 14CR 165-J<br><br>8 U.S.C. §§ 1326(a)(1) and (2)<br>(Illegal Re-Entry of Previously Deported Alien into the United States) |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUL 24 PM 3 01
STEPHAN HARRIS, CLERK
CASPER

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or before July 14, 2014, in the District of Wyoming, the Defendant, **JULIO CEASAR TORRES-TORRES**, an alien who had previously been deported, was found to be intentionally in the United States, at Park County, Wyoming, the said Defendant having not obtained the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a)(1) and (2).

A TRUE BILL:

*Ink signature on file in Clerk's Office*
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JULIO CEASAR TORRES-TORRES |
| **DATE:** | July 22, 2014 |
| **INTERPRETER NEEDED:** | Yes |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>Cheyenne |
| **VICTIM:** | No |
| **OFFENSE/PENALTIES:** | 8 U.S.C. §§ 1326(a)(1) and (2)<br>(Illegal Re-Entry of Previously Deported Alien into the United States)<br><br>0-2 Years Imprisonment<br>$250,000 Fine<br>1 Year Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Derek E. Bailey, ICE |
| **AUSA:** | Lisa E. Leschuck |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |