UNITED STATES MAGISTRATE COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>JULIO CESAR TORRES-TORRES,<br><br>                                    Defendant | Case Number:     14CR165ABJ |

## ORDER OF DETENTION

The Court finds that in light of the Immigration Detainer lodged against the Defendant, that the Defendant presents a risk of flight and loss of jurisdiction pursuant to 18 U.S.C. § 3142 et. seq. Accordingly, Defendant is not eligible for release at this time.  If the Immigration Detainer is vacated, the Defendant has the right to re-visit the issue of detention by filing of the appropriate Motion with the District Court.  Therefore, it is hereby

**ORDERED** that the Defendant be detained and that the Defendant be committed to the custody of the United States Marshal pending the outcome of the above referenced  case.

**DATED** this  5th  day of August, 2014.

R. Michael Shickich
United States Magistrate Judge