FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 SEP 17 AM 10 03

STEPHAN HARRIS, CLERK
CHEYENNE

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

Julio Ceasar Torres-Torres

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 14-CR-165-ABJ

David Weiss
Defendant's Attorney

THE DEFENDANT:   pled guilty to count(s) 1.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. 1326 (a)(1) and (2) | Illegal Re-Entry of Previously Deported Alien into the United States | 07/14/2014 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **13857-091**

09/17/2014
Date of Imposition of Sentence

Alan B. Johnson
United States District Judge

9/17/14
Date

| | |
|---|---|
| DEFENDANT: Julio Ceasar Torres-Torres | Page 2 of 3 |
| CASE NUMBER: 14-CR-165-ABJ | JUDGMENT AND COMMITMENT |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED plus up to 10 days to allow for deportation proceedings.

The defendant is given credit for time served.

**Upon release from imprisonment, the defendant shall be delivered to a duly authorized immigration official for deportation in accordance with the established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. 1101-1524. The Court recommends the Bureau of Immigration and Customs Enforcement begin removal proceedings during service of his sentence pursuant to the Institutional Hearing Program.**

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

| | |
|---|---|
| DEFENDANT: Julio Ceasar Torres-Torres | Page 3 of 3 |
| CASE NUMBER: 14-CR-165-ABJ | JUDGMENT AND COMMITMENT |

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Restitution | Fine |
|---|---|---|---|
| 1 | $100 *remitted | $0.00 | $0.00 |
| **Totals:** | $100.00 | $0.00 | $0.00 |

## FINE, SPECIAL ASSESSMENT AND/OR RESTITUTION

*The special assessment is remitted in this matter upon deportation of the defendant.